<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

**Central** _____ District of **California**
                              (State)

Case number (*If known*): _____ Chapter **11**

❑ Check if this is an
amended filing

**Official Form 201**

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | TNP 3745 Pentagon Blvd., LLC, a Delaware limited liability company |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | fka TNP 3745 Pentagon Blvd., DST |
| 3. **Debtor's federal Employer Identification Number** (EIN) | __ __ 45 – 6925962 __ __ __ __ |

4. **Debtor's address**

**Principal place of business**

**8875    Research Dr.**
Number    Street

**Irvine**              **CA**    **92618**
City                State    ZIP Code

**Orange**
County

**Mailing address, if different from principal place of business**

_____
Number        Street

**P.O. Box 11768**
P.O. Box

**Santa Ana**      **CA**    **92711**
City              State    ZIP Code

**Location of principal assets, if different from principal place of business**

**3745    Pentagon Blvd.**
Number    Street

**Beavercreek**    **OH**    **45431**
City              State    ZIP Code

5. **Debtor's website** (URL)    **None**

| Debtor | TNP 3745 Pentagon Blvd. LLC, A Delaware limited liability company | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

---

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5313___  ___  ___

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

| Debtor | TNP 3745 Pentagon Blvd., LLC, a Delaware limited liability company | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____  When _____  Case number _____
MM / DD / YYYY

District _____  When _____  Case number _____
MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor   See Attachment _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number       Street

_____
_____
City                                State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

| | **Statistical and administrative information** |
|---|---|

---

| Debtor | TNP 3745 Pentagon Blvd., LLC, a Delaware limited liability company | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:* | |
| | ☐ Funds will be available for distribution to unsecured creditors. | |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09  25/2020
                MM   / DD / YYYY

✗ _____        Anthony W. Thompson
Signature of authorized representative of debtor        Printed name

Title    Officer of Managing member of TNP 3745 Pentagon Blvd, LLC, a Delaware limited liability company

| Debtor | TNP 3745 Pentagon Blvd., LLC, a Delaware limited liability company | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**18.** **Signature of attorney**

✖ /s/ Leonard M. Shulman

Signature of attorney for debtor

Date    09/ 25/2020

MM / DD / YYYY

Leonard M. Shulman

Printed name

Shulman Bastian Friedman & Buii LLP

Firm name

100 Spectrum Center Drive, Suite 100

Number        Street

Irvine                                CA        92618

City                                State    ZIP Code

949-340-3400                        LShulman@shulmanbastian.com

Contact phone                        Email address

126349                            California

Bar number                        State

**Attachment to Voluntary Petition, Item No. 10:**
**Pending Bankruptcy Cases by Affiliates of the Debtor**

1. **Debtor: Thompson National Properties, LLC**
   **Relationship: Debtor TNP 3745 Pentagon Blvd, LLC is managed by the signatory trustee**
   **TNP Commercial Services, LLC,  which is owned 100% by Thompson National Properties, LLC**
   **District: Central District of California**
   **Dated Filed: 9/29/2019**
   **Case Number: 8:19-bk-13728-SC**

2. **Debtor: TNP Spring Gate Plaza, LLC**
   **Relationship: Debtor TNP Spring Gate Plaza LLC is managed by the signatory trustee**
   **TNP Commercial Services, LLC, which is owned 100% by Thompson National Properties, LLC**
   **District: Central District of California**
   **Dated Filed: 7/10/2020**
   **Case Number: 8:20-bk-11963-SC**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman - State Bar No. 126349<br>Shulman Bastian Friedman & Bui LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618<br>Tele:  (949) 340-3400<br>Facsimile:  (949) 340-3000<br>Email: lshulman@shulmanbastian.com | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>TNP 3745 Pentagon Blvd., LLC, a Delaware limited liability company<br><br><br><br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER: 11 |
|---|---|

### ATTACHMENT TO VOLUNTARY PETITION FOR NON-INDIVIDUAL FILING FOR BANKRUPTCY UNDER CHAPTER 11

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this form shall be completed and attached to the petition.]*

1. If any of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is n/a_____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.
   a.  Total assets                                                               $_____
   b.  Total debts (including debts listed in 2.c., below)          $_____
   c.  Debt securities held by more than 500 holders

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |

   d.  Number of shares of preferred stock _____
   e.  Number of shares of common stock _____
   Comments, if any:

3. Brief description of the Debtor's business:

4. List the names of any persons who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:

**TNP 3745 PENTAGON BLVD., LLC**
a Delaware limited liability company

**RESOLUTION**

This is to certify that at a meeting of members of **TNP 3745 PENTAGON BLVD., LLC, a Delaware limited liability company,** held on **September 25, 2020**, the following resolution was duly adopted:

"**WHEREAS**, this limited liability company is unable to pay its debts as said debts mature;

"**NOW, THEREFORE, BE IT RESOLVED**, that the members of this limited liability company be, and they hereby are authorized and directed on behalf of this limited liability company to prepare, file and execute the company's Petition for Bankruptcy provided in **Chapter 11** of the Bankruptcy Code and all of the necessary papers in connection therewith, in the United States Bankruptcy Court, Central District of California, Santa Ana Division, and further to such end, to do any other acts, execute all necessary documents, and take any other steps in the name and in behalf of the company necessary or appropriate to obtaining such relief; and the members are further authorized to retain as counsel for the company in said proceeding, the law firm of Shulman Bastian Friedman & Bui LLP."

**SAID RESOLUTION** is still in full force and effect.

Dated:  September 25, 2020

**TNP 3745 PENTAGON BLVD., LLC**
**a Delaware limited liability company**

By:

_____
Anthony W. Thompson,
Officer of Managing Member of
TNP 3745 Pentagon Blvd, LLC,
a Delaware limited liability company

**Fill in this information to identify the case:**

Debtor name _TNP 3745 Pentagon Blvd., LLC, a Delaware limited liability company_

United States Bankruptcy Court for the: _Central_____ District of _California_
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | None | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    TNP 3745 Pentagon Blvd., LLC, a Delaware limited liability company
          _____
          Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    N/A

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    N/A

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    See attached.

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Irvine                      , California

                                                    _____
                                                    Signature of Debtor 1

Date:  September 25, 2020

                                                    _____
                                                    Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1                    F 1015-2.1.STMT.RELATED.CASES

**Attachment to Statement of Related Cases, Item No. 3**
**Pending Bankruptcy Cases by Affiliates of the Debtor**

1. **Debtor: Thompson National Properties, LLC**
   **Relationship: Debtor TNP 3745 Pentagon Blvd, LLC is managed by the signatory trustee**
   **TNP Commercial Services, LLC,  which is owned 100% by Thompson National Properties, LLC**
   **District: Central District of California**
   **Dated Filed: 9/29/2019**
   **Case Number: 8:19-bk-13728-SC**

2. **Debtor: TNP Spring Gate Plaza, LLC**
   **Relationship: Debtor TNP Spring Gate Plaza LLC is managed by the signatory trustee**
   **TNP Commercial Services, LLC, which is owned 100% by Thompson National Properties, LLC**
   **District: Central District of California**
   **Dated Filed: 7/10/2020**
   **Case Number: 8:20-bk-11963-SC**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re

**TNP 3745 Pentagon Blvd., LLC, a Delaware limited
liability company**

      Debtor.

Case No.
Chapter  11

**LIST OF EQUITY HOLDERS**

| Shareholder | % of Interest |
|---|---|
| SEE ATTACHED | |
| | |
| | |
| | |
| | |

I declare, under penalty of perjury, that the foregoing is true and correct.

Date: September 25, 2020

**TNP 3745 Pentagon Blvd., LLC, a
Delaware limited liability company**

By: Anthony W. Thompson,
Officer of Managing Member of TNP 3745 Pentagon
Blvd., LLC, a Delaware limited liability company

| Equity Holder 3475 Pentagon Blvd LLC | Address | City | State | Zip | Dollar_Invested | Percentage |
|---|---|---|---|---|---|---|
| Daniel & Virginia Chung 1995 Family Trust | 1 Gravatt Drive | Berkeley | CA | 94705 | $485,000.00 | 7.98% |
| Attn Daniel & Virginia Chung Trustees | | | | | | |
| Daline Family Trust dtd 1/14/03 | 204 Somerset Drive | Brentwood | CA | 94513 | $0.00 | 0.00% |
| Arthur G & Cecelia N Daline TTEES | | | | | | |
| Tran Liv Trust dtd 4/13/03 | 4114 Via Candidiz, Uni | San Diego | CA | 92130 | $117,000.00 | 1.93% |
| Steven T & Cynthia T Tran TTEES | | | | | | |
| Mark R & Jacquelyn G Boyd | 1380 Shoreline Drive | Santa Barbara | CA | 93109 | $230,000.00 | 3.79% |
| Aaron T Ishikawa | 4858A Dovewood Terr | Boynton Beac | FL | 33436 | $226,000.00 | 3.72% |
| Brimley & Associates | 8352 Porto Fino Ct. | Sandy | UT | 84093 | $500,000.00 | 8.23% |
| Richard Brimley | | | | | | |
| Norman A Sauer, Jr & Annamaria S Sauer Rev Trust dtd 7/24/08 | 636 E. Broad Street | Nevada City | CA | 95959 | $247,831.71 | 4.08% |
| Norman A & Annamaria S Sauer | | | | | | |
| Donald L & Margaret K Wong AB Living Trust | 225 Palm Drive | Piedmont | CA | 94610-105 | $161,000.00 | 2.65% |
| Donald L & Margaret K Wong | | | | | | |
| Patricia M Andreani | 3072 Dragonfly Street | Glendale | CA | 91206 | $342,000.00 | 5.63% |
| Choy Family Trust dtd 9/6/06 | 901 Regent Drive | Los Altos | CA | 94024 | $100,000.00 | 1.65% |
| Raylin & Esther L Choy | | | | | | |
| McKinnon Family Trust UAD 10/9/02 | 2024 Pinot Court | Livermore | CA | 94550-616 | $252,279.15 | 4.15% |
| Lawrence T & Emma M McKinnon | | | | | | |
| MB Kelly Family Trust dtd 11-28-88 | 12214 Ridge Drive | Santa Rosa Va | CA | 93012 | $350,000.00 | 5.76% |
| MB Kelly | | | | | | |
| Rose C D'Amore Trust | 827 N. Hollywood Way | Burbank | CA | 91505 | $262,500.00 | 4.32% |
| Joseph D'Amore Co-Trustee | | | | | | |
| 2001 Edward D Betz Rev Trust | 4555 Sherman Oaks A | Sherman Oak | CA | 91403 | $1,030,927.84 | 16.97% |
| Edward D Betz | | | | | | |
| Jerry A & Vicki J Pippin | 2605 Grail Maiden Ct | Lewisville | TX | 75056 | $62,461.30 | 1.03% |
| Paul & Beryl Nelson Joint Trust | 81815 Corte Valdemoi | Indio | CA | 92203 | $50,000.00 | 0.82% |
| Thomas E Smith, Jr & Lorraine C Smith Liv Trust dtd 12-28-10 | 14387 Auburn Ct | Chino Hills | CA | 91709 | $80,000.00 | 1.32% |
| Charlotte Policari-Andrews Rev Trust dtd 2-24-06 | 2609 Hidden Cove | Wilmington | NC | 28411 | $55,000.00 | 0.91% |
| Leslie Ann Ratzlaff | 27 Onway Lake Road | Raymond | NH | 3077 | $60,000.00 | 0.99% |
| Carmela Esani 1994 Liv Tr Amd 2-20-14 | 1904 Summit Drive | Escondido | CA | 92027 | $613,000.00 | 10.09% |
| Carmela Esani TTEE | | | | | | |
| Michael J Esani | 2953 Paseo Del Sol | Escondido | CA | 92025 | $200,000.00 | 3.29% |
| Valerie Anna Dull | 10733 Pivitol Ave. | Mesa | AZ | 85212 | $200,000.00 | 3.29% |
| David J Esani | 2147 Valley Rim Glen | Escondido | CA | 92026 | $200,000.00 | 3.29% |
| The AG Revocable Trust Year 2017 | | | | | $125,000.00 | 2.06% |
| Cecelia M Nistler | | | | | $125,000.00 | 2.06% |

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name  TNP 3745 Pentagon Blvd., LLC, a Delaware limited liability company

United States Bankruptcy Court for the: Central District _____ District of California
(State)

Case number (if known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)

- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

- ☐ Schedule H: Codebtors (Official Form 206H)

- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

- ☐ Amended Schedule _____

- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

- ☑ Other document that requires a declaration  List of Equity Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/25/2020
MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

Anthony W. Thompson
Printed name

Officer of Managing Member
Position or relationship to debtor

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman - State Bar No. 126349<br>Shulman Bastian Friedman & Bui LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, CA 92618<br>Tele: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email: lshulman@shulmanbastian.com<br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>TNP 3745 Pentagon Blvd., LLC, a Delaware limited liability company | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| Debtor(s). | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _7_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___09/25/2020___

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: ___9/25/2020___

/S/ Leonard M. Shulman
_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                                F 1007-1.MAILING.LIST.VERIFICATION

2001 Edward D Betz Rev Trust
4555 Sherman Oaks Avenue
Sherman Oaks, CA 91403


Aaron T Ishikawa
4858a Dovewood Terrace
Boynton Beach, FL 33436


American National Insurance Company
Attn President & R Kirchner Vp Real Es
2525 South Shore Blvd Suite 207
League City, TX 77573


American National Insurance Company
Attn President & Hff Lp P Vanderlinden
Po Box 840637
Dallas, TX 75284-0637


Brimley & Associates
8352 Porto Fino Ct
Sandy, UT 84093


Carmela Esani 1994 Liv Tr
Amd 2-20-14, Carmela Esani Ttee
1904 Summit Drive
Escondido, CA 92027

Cecelia M Nistler
413 37th Ave S.
Moorhead, MN 56560


Charlotte Policari-Andrews Rev Trust
Dtd 2-24-06
2609 Hidden Cove
Wilmington, NC 28411


Choy Family Trust Dtd 9/6/06
Raylin & Esther L Choy
901 Regent Drive
Los Altos, CA 94024


Daline Family Trust Dtd 1/14/03
Arthur G & Cecelia N Daline Ttees
204 Somerset Drive
Brentwood, CA 94513


Daniel & Virginia Chung 1995 Family T
Daneil & Virginia Chung Trustees
1 Gravatt Drive
Berkeley, CA 94705

Darryl Levy Esq & Tara Annweiler Esq
Greer Herz & Adams Llp
2525 South Shore Blvd Suite 203
League City, TX 77573


David J Esani
2147 Valley Rim Glen
Escondido, CA 92026


Donald L & Margaret K Wong Ab
Living Tst, Donald & Margaret Wong Tr
225 Palm Drive
Piedmont, CA 94610-1054


Franchise Tax Board
Bankruptcy Section Ms A-340
Po Box 2952
Sacramento, CA 95812-2952


Freddie Black Esq & Jennifer Nobley Es
Greer Herz & Adams Llpc
One Moody Plaza 18th Floor
Gavleston, TX 77550

Greene County Treasurer
Attn Kraig A Hagler
15 Greene Street
Xenia, OH 45385


Internal Revenue Service
Po Box 346
Philadelphia, PA 19101-7346


Jerry A & Vicki J Pippin
2605 Grail Maiden Ct
Lewisville, TX 75056


John E Haller Esq
Shumaker Loop & Kendrick Llp
41 South High Street Sujite 2400
Columbus, OH 43215


Leslie Ann Ratzlaff
27 Onway Lake Road
Raymond, NH 3077


MB Kelly Family Trust
 Dtd 11-28-88
12214 Ridge Drive
Santa Rosa Valley, CA 93012

Mark R & Jacquelyn G Boyd
1380 Shoreline Drive
Santa Barbara, CA 93109


Mckinnon Family Trust UAD 10/9/02
Lawrence T & Emma M Mckinnon
2024 Pinot Court
Livermore, CA 94550-6166


Michael J Esani
2953 Paseo Del Sol
Escondido, CA 92025


Norman A Sauer, Jr & Annamaria S
Sauer Rev Trust Dtd 7/24/08
Norman A & Annamaria S Sauer Trsts
636 E Broad Street
Nevada City, CA 95959


Patricia M Andreani
3072 Dragonfly Street
Glendale, CA 91206


Paul & Beryl Nelson Joint Trust
81815 Corte Valdemoro
Indio, CA 92203

Rose C D'amore Trust
Joseph D'amore Co-Ttee
827 N Hollywood Way #195
Burbank, CA 91505


The AG Revocable Trust Year 2017
Art Daline
204 Somerset Drive
Brentwood, CA 94513


Thomas E Smith, Jr & Lorraine C Smith
Liv Trust Dtd 12-28-10
14387 Auburn Ct
Chino Hills, CA 91709


Tran Liv Trust Dtd 4/13/03
Steven T & Cynthia T Tran Ttees
4114 Via Candidiz, Unit 108
San Diego, CA 92130


US Securities & Exchange Commission
Attn Bankruptcy Counsel
444 South Flower Street Suite 900
Los Angeles, CA 90071-9591

Valerie Anna Dull
10733 Pivitol Ave
Mesa, AZ 85212


Walker & Dunlop
Attn Emily Foor (Loan Servicing)
6640 Riverside Drive Suite 420
Dublin, OH 43017